**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**CHRISTOPHER CYPRIAN**                                              **CIVIL ACTION NO.**

**VERSUS**                                                                        **24-502-SDD-EWD**

**CAPITAL ONE, NATIONAL**
**ASSOCIATION, ET AL.**

## SHOW CAUSE HEARING REPORT AND ORDER

A show cause hearing was held via Zoom videoconference before Magistrate Judge Erin Wilder-Doomes on  November 12, 2025 with the following participants:

| PARTICIPANTS: | Christopher Cyprian | Patrick Michael Betts |
|---|---|---|
| | Plaintiff, *pro se* | Counsel for Defendant, Spring Oaks Capital, LLC |

The hearing was set for Plaintiff Christopher Cyprian ("Cyprian")[1] to show cause why his claims should not be dismissed for failure to follow Court orders.  It was explained to Cyprian that, on August 29, 2025, Defendant Spring Oaks Capital, LLC ("Spring Oaks") filed a Motion to Compel Cyprian to produce certain documents.[2]  A telephone conference was held on the Motion to Compel on September 16, 2025. The Court sent Cyprian notice of the conference, but Cyprian did not attend.[3]  Because Cyprian failed to participate in the September 16, 2025 conference, a show cause hearing was set for October 14, 2025 at which Cyprian was ordered to attend and show cause why his claims should not be dismissed because of his failure to follow Court orders.[4] Cyprian also failed to appear for the show cause hearing, but he called chambers after the hearing

---

[1] The morning of the hearing, Cyprian called chambers and the Clerk of Court's office. Cyprian stated that he just learned of the hearing and requested that the hearing be rescheduled to next week.  Defense counsel stated that he contacted Cyprian yesterday (November 11) and provided him with the show cause Order and the Zoom instructions; therefore, Cyprian was aware of the hearing yesterday.

[2] R. Doc. 40.   Documents in the Court record are referred to as "R. Doc. __."

[3] R. Doc. 41-43.

[4] R. Doc. 44-47.  The  show cause hearing order was mailed to Cyprian but returned as undeliverable. R. Docs. 46, 48.

cv34a:TO:35

C. Cyprian by regular and by certified mail return receipt requested no. 9589 0710 5270 1607 9422 33

to state that he was working out of town, had not received mailings from the Court, and was unable to return calls from defense counsel regarding the hearing.[5] Because Cyprian contacted the Court, the show cause hearing was reset for November 12, 2025.[6] However, Cyprian did not attend the November 12, 2025 hearing until after he was contacted by chambers' staff. Cyprian explained that the reason for his non-appearances is that he is working out of town and has not received mail sent to his current address of record, 16441 S. Harrell's Ferry Road, Apt. 3406, Baton Rouge, Louisiana, 70816. Cyprian stated that he expects to be working out of town for an extended period, and asked to update his mailing address so that he will receive mail from the Court. Cyprian's address of record shall be updated to 22106 Gramercy Park Drive, Apartment F-512, Ashburn, Virginia, 20147, the address provided by Cyprian during the hearing. Cyprian was informed that, once his address is updated, he will no longer receive mail at the prior Baton Rouge address.

The Motion to Compel seeks to compel Cyprian to produce documents referenced in his deposition and discovery responses relating to denials of credit from Apple and Pentagon Federal Credit Union, as well as any other documents that relate to his alleged damages. Cyprian stated that he has already produced his credit report which shows the denials, and he has produced the documents he has; however, he thinks he can get the specific credit denials. It was explained to Cyprian that he must either produce the documents requested, including the referenced credit denials and any other documents that show his damages, or state that he does not have these documents. Cyprian must respond to Spring Oaks by no later than November 26, 2025, and the Motion to Compel will be terminated, as Cyprian has agreed to further respond to the discovery requests.

---

[5] R. Doc. 49.

[6] R. Doc. 50. The show cause hearing Order was mailed to Cyprian. R. Doc. 51.

In light of the time given to Cyprian to respond to its discovery requests, Spring Oaks made an oral motion for a two-week extension of the November 28, 2025 dispositive motion deadline.[7] With no objection from Cyprian, Spring Oaks's oral motion will be granted and the dispositive motion deadline will be extended to December 12, 2025.

Accordingly,

**IT IS ORDERED** that the Clerk of Court shall update Plaintiff Christopher Cyprian's mailing address of record to be 22106 Gramercy Park Drive, Apartment F-512, Ashburn, Virginia, 20147.  **It is Plaintiff's responsibility to keep an updated mailing address on file with the Court.**

**IT IS FURTHER ORDRED** that, on or before **November 26, 2025,** Plaintiff Christopher Cyprian must either produce the documents requested by Defendant Spring Oaks Capital, LLC, including the referenced credit denials and any other documents that show his damages, or state that he does not have these documents.  In light of Plaintiff's agreement to further respond to Spring Oaks' discovery requests, the Motion to Compel[8] is **TERMINATED.**

**IT IS FURTHER ORDERED** that Spring Oaks Capital, LLC's **ORAL MOTION** to extend the dispositive motion deadline, to which Plaintiff Christopher Cyprian does not object, is **GRANTED.**  The November 28, 2025 dispositive motion deadline is **EXTENDED** to **December 12, 2025**.

---

[7] R. Doc. 27.

[8] R. Doc. 40.

**IT IS FURTHER ORDERED** that a copy of this Show Cause Hearing Report and Order shall be sent to Plaintiff Christopher Cyprian via regular and certified mail at his **UPDATED** address of record on PACER as indicated in this Show Cause Hearing Report and Order.

Signed in Baton Rouge, Louisiana, on November 12, 2025.


**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**