**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

RECEIVED

JAN 07 2025

U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

Christopher Cyprian,

    Plaintiff,

v.

Spring Oaks Capital, LLC,

    Defendant.

Case No. 3:24-cv-00502-SDD-EWD

Judge Shelley D. Dick

Magistrate Judge Erin Wilder-Doomes

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL

Plaintiff Christopher Cyprian files his Opposition to Defendant Spring Oaks Capital, LLC ("Spring Oaks" or "Defendant") Motion to Compel and states as follow:

### Plaintiff apologizes to Court and Defendant for his Struggles to Keep Up with the Litigation Schedule.

- In April 2025, the IRS seized Plaintiff's bank accounts and funds, which caused great distraction for Plaintiff – thereby hampering his ability to attend to his litigation responsibilities in this case.

- Plaintiff's employment requires constant travel and that makes it difficult to respond in time and keep up with the litigation schedule.

- Correspondence that is mailed to Plaintiff is often returned and hinders his awareness of the activities of the court.

- Plaintiff thought he would be able to retain the legal services of an attorney but had a miscommunication with the attorney. The prospect attorney was barred in Virginia where Defendant is headquartered but Plaintiff failed to sufficiently explain to the attorney that the case had already been filed in this court.

**Plaintiff has not withheld any documents.**

- Plaintiff is not in possession of denial letters or any correspondence relating to his application for credit with Apple and Pentagon Federal Credit Union.

- Plaintiff has produced credit reports that show companies that pulled his file.

**Defendant's ability to evaluate Plaintiff's damages and prepare a meaningful defense is not undermined.**

- Defendant will devalue and seek dismissal of actual damages based on Apple and Pentagon Federal Credit Union applications based on the lack of documentation to support the alleged denials.

- Further, Defendant could have subpoenaed any documents that Apple and Pentagon Federal Credit Union had on Plaintiff.


Respectfully submitted,

Christopher Cyprian
Pro Se Plaintiff
~~16441 S. Harrells Ferry Rd.~~ 22106 Gramercy Park Dr.
~~Apt 3406~~
~~Baton Rouge, LA 70816~~ Ashburn, VA 20147
Ccyprian08@gmail.com Apt F512

# Express Envelop

SCREENED
OK
U.S. MARSHAL



THOMAS ALSTON
(240) 432-0927
THE UPS STORE #6293
9103 WOODMORE CENTRE DR
LANHAM MD 20706-1653

0.1 LBS LTR
SHP WT: LTR
DATE: 24 NOV 2025

SHIP ATTN CIVIL CLERK
TO: RUSSELL B. LONG COURT HOUSE
777 FLORIDA ST

BATON ROUGE LA 70801-1717



LA 708 9-88

UPS 2ND DAY AIR                2
TRACKING #: 1Z 732 129 02 7790 8609

BILLING: P/P

MMQKMK8XZX0FJ ISH 13.00C ZZP 450 42.5U 10/2025

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.
820 R 1125

# UPS  THE UPS STORE

theupsstore.com ▪ theupsstorefranchise.com