**UNITED STATES POSTAL SERVICE**

Karla Prieve #34971.1

March 4, 2026

**EXHIBIT C**

Dear Sally Leblanc:

The following is in response to your request for proof of delivery on your item with the tracking number: **9214 8901 9403 8357 7518 17**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | March 4, 2026, 1:32 pm |
| **Location:** | ASHBURN, VA 20147 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | CHRISTOPHER CYPRIAN |

## Shipment Details

| | |
|---|---|
| **Weight:** | 1lb, 0.2oz |

## Recipient Signature

Signature of Recipient:

22106 GRAMERCY PARK DR,
ASHBURN, VA 20147

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004